UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM'S APPLE FRUITS & VEGETABLES LLC, | Case No. 23-cv-4842 (FB)(TAM) |
| Plaintiff, | **VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| - against - | |
| FLAUM APPETIZING CORP., FINE FRESH FOODS CORP., HERSHEL GRUNHUT and MOISHE GRUNHUT, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that plaintiff Adam's Apple Fruits & Vegetables LLC, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses its claims against defendants Flaum Appetizing Corp., Fine Fresh Foods Corp., Hershel Grunhut and Moishe Grunhut in their entirety, with prejudice and without costs to either side.

Dated: July 27, 2023

Respectfully submitted,
McCARRON & DIESS
Attorneys for Plaintiff

By: 

Gregory Brown
200 Broadhollow Road, Suite 207
Melville, New York 11747
(631) 425-8110
gbrown@mccarronlaw.com

- 1 -